```
                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA
```

SCOTT N. JOHNSON,                   )
                                    )         2:06-cv-1590-GEB-KJM
            Plaintiff,              )
                                    )         ORDER
     v.                             )
                                    )
L.P.H., INC., and DOES 1            )
through 10, inclusive,              )
                                    )
            Defendants.             )
_____)

On September 11, 2006, the named parties filed a Joint Status Report in which they consent to referring this action to the United States Magistrate Judge for all purposes. See 28 U.S.C. §636(c). Local Rule 73-305(b) prescribes "notwithstanding the consent of all parties, the [United States District] Judge or Magistrate Judge may reject the referral."

///
///
///
///
///
///

1

1    If the Magistrate Judge accepts the referral, this action
2 is reassigned to the Magistrate Judge on the date this Order is
3 filed.
4 Dated:  September 15, 2006

                            /s/ Garland E. Burrell, Jr.
                            GARLAND E. BURRELL, JR.
                            United States District Judge


ACCEPTANCE OF REFERRAL

    Pursuant to the parties' consent and the approval of the United States District Judge, I accept reassignment of this action for all further proceedings, including entry of final judgment.  All documents hereafter filed shall be denominated as 2:06-cv-1590-KJM.
    IT IS SO ORDERED.

DATED: September 15, 2006.

                            _____
                            UNITED STATES MAGISTRATE JUDGE