IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

      Plaintiff,                    No. CIV S-06-1590 KJM

   vs.

L.P.H., INC.,

      Defendant.            <u>ORDER</u>

                            /

        A status conference was held in this matter on November 15, 2006 before the undersigned.  Plaintiff appeared in propria persona.  Cyrus Zal appeared for defendant.  Upon consideration of the status reports on file in this action, discussion of plaintiff and counsel and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. This matter is referred to the Voluntary Dispute Resolution Program.  The Clerk of Court is directed to serve a copy of this order on the Court's VDRP coordinator.

        2. Initial disclosures under Federal Rule of Civil Procedure 26(a)(1) shall be made within thirty days from the date of this order.

        3. Discovery, including the hearing of discovery motions, shall be completed by January 16, 2008.  Discovery motions, if needed, shall be filed in accordance with Local Rule 37-251.

4. Initial expert disclosures shall be made 150 days prior to the discovery cut-off.

5. Rebuttal expert disclosures shall be made 120 days prior to the discovery cut-off.

6. Dispositive motions, other than discovery motions, shall be noticed to be heard by March 12, 2008.

7. The pretrial conference is set for May 14, 2008 at 11:00 a.m. before the undersigned. Pretrial statements shall be filed in accordance with Local Rule 16-281.

8. Court trial of this matter is set for July 14, 2008 at 10:00 a.m. before the undersigned. The parties shall file trial briefs in accordance with Local Rule 16-285.

DATED: November 27, 2006.

_____
U.S. MAGISTRATE JUDGE

006
johnson-lph.oas